Laura Vartain Horn (SBN 258485)
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorney for Defendant
JESUS BINAY MORALES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>JESUS BINAY MORALES,<br><br>Defendant. | CASE NO. 3:25-cr-00236-001 RFL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE**<br><br>Judge: Hon. Rita F. Lin<br>Current Hearing Date: September 24, 2026<br>Proposed Hearing Date: November 5, 2026<br>Time: 2:00 p.m.<br>Courtroom: 4 - 17th Floor |

The Parties by and through their respective counsel, hereby submit this joint stipulated request to continue the currently scheduled September 24, 2026 Status Conference on the pending Supervised Release Violation to November 5, 2026 or a later date convenient to the Court.

WHEREAS, the Court scheduled Defendant's Status Conference for September 24, 2026.

WHEREAS, counsel for Defendant has a scheduling conflict and needs to reschedule to a later date.

WHEREAS, counsel for Defendant conferred with Assistant United States Attorney Moore, and they agreed to the date of November 5, 2026.

WHEREAS, counsel for Defendant conferred with United States Probation Officer Ana Villagomez, and they agreed to the date of November 5, 2026.

NOW THEREFORE IT IS HEREBY STIPULATED AND THE PARTIES JOINTLY REQUEST that the Court continue the Status Conference scheduled for September 24, 2026 to November 5, 2026.

DATED: September 21, 2026

Respectfully submitted,

*/s/ Laura Vartain Horn*

Laura Vartain Horn
laura.vartain@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorney for Defendant Jesus Binay Morales*

DATED: September 21, 2026

*/s/ Brandon Moore*

AUSA Brandon Moore
brandon.moore@usdoj.gov
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102-3495

**FILER'S ATTESTATION**

Pursuant to L.R. 5-1(i)(3) I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 21, 2026

*/s/ Laura Vartain Horn*
Laura Vartain Horn

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Status Conference will be continued until November 5, 2026.

Dated: September 21, 2026

HONORABLE RITA F. LIN
UNITED STATES DISTRICT JUDGE